**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1399**

_____

BILLY MCDOWELL,

        Plaintiff - Appellant,

    v.

NUCOR BUILDING SYSTEM,

        Defendant – Appellee,

    and

JOHN HUTTO,

        Defendant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Margaret B. Seymour, Chief District Judge. (3:10-cv-00172-MBS)

_____

Submitted: August 16, 2012      Decided: August 20, 2012

_____

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Billy McDowell, Appellant Pro Se. Lisa Michelle Guerra, John K. Linker, Jeffrey S. Mayes, ALANIZ AND SCHRAEDER, Houston, Texas; Nosizi Ralephata, John Smith Wilkerson, III, TURNER, PADGET, GRAHAM & LANEY, PA, Charleston, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy McDowell appeals the district court's order adopting the magistrate judge's report and granting summary judgment for Nucor Building System in this employment discrimination case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McDowell v. Nucor Bldg. Sys., No. 3:10-cv-00172-MBS (D.S.C. Feb. 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED